*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

February 22, 2006

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

First Horizon Home Loan Corp.
300 Metro Center Blvd., Ste. 205
Warwick, RI 02886

**Re: Notice of Rescission by Donna M. Gilmor, 41 Brook Street, Barrington, RI 02806, Loan Number: 0041419615, Closing Date 03/25/2003.**

To Whom It May Concern:

I represent Donna M. Gilmor concerning the loan transaction she entered into with First Horizon Home Loan Corporation on March 25, 2003, in which she subsequently became obligated on a mortgage. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635, Regulation Z, Section 226.23.

The primary basis for the rescission is that the Ms. Gilmor was not provided with an accurate completed copy of the notice of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a), Regulation Z, Section 226.17, Section 226.23.

The security interest held by First Horizon Home Loan Corp. on Ms. Gilmor's property located at 41 Brook Street, Barrington, RI, is void as of this rescission. Pursuant to Regulation Z, you have twenty (20) days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Donna M. Gilmor
By her Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

c/c: Donna M. Gilmor