UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST HORIZON HOME LOAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DONNA M. GILMOR,<br><br>Defendant. | Civil Action No.<br><br>CA 06 113S |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff First Horizon Home Loan Corporation ("First Horizon") states as follows:

First Horizon Home Loan Corporation is a wholly-owned subsidiary of First Tennessee Bank National Association, which is a wholly-owned subsidiary of First Horizon National Corporation, a publicly traded company.

Respectfully submitted,

FIRST HORIZON HOME LOAN CORPORATION,

By its attorneys,

John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
Thomas M. Hefferon
U. Gwyn Williams
Julie M. Wade
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: March 10, 2006

LIBA/1681572.1