**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FIRST HORIZON HOME LOAN CORPORATION,

Plaintiff,

v.

DONNA GILMOR,

Defendant.

Civil Action No. 06-113S

**JOINT MOTION TO MODIFY THE EXISTING SCHEDULE**

Plaintiff First Horizon Home Loan Corporation and Defendant Donna Gilmor jointly move this Court to modify the current schedule to extend the deadline for discovery by sixty (60) days. Plaintiff and Defendant also move this Court to adopt the schedule set forth herein for the filing of cross dispositive motions. As grounds for this motion, the parties state as follows:

1. Under the current schedule set forth in the Pretrial Order, all fact discovery will be closed by September 5, 2006. Additionally, the Court instructed the parties to submit a proposed schedule for the filing of cross dispositive motions, with a target date for filing the first dispositive motion of September 5, 2006.

2. Unfortunately, due to circumstances the parties did not anticipate, discovery has taken longer than expected. In particular, certain witnesses and discovery has been unavailable because of preexisting summer vacation schedules. As a result, the parties recognize that additional time is necessary to complete discovery.

3. In light of the above, the parties request that the schedule be modified as follows: 1) extend the close of fact discovery sixty (60) days from September 5, 2006 to November 5, 2006; 2) set December 4, 2006 as the date for the filing of cross dispositive motions; 3) set January 4, 2007 as the date for oppositions to cross dispositive motions; and 4) set January 18, 2007 as the date for replies in support of cross dispositive motions.

4. The relief sought herein will serve the interests of justice and the efficient management of this case, and it will provide the parties with adequate time to complete discovery and to file their dispositive motions.

WHEREFORE, the parties respectfully request that this Court: 1) extend the close of fact discovery sixty (60) days from September 5, 2006 to November 6, 2006; 2) set December 4, 2006 as the date for the filing of cross dispositive motions; 3) set January 4, 2007 as the date for oppositions to cross dispositive motions; and 4) set January 18, 2007 as the date for replies in support of cross dispositive motions.

Respectfully Submitted,

FIRST HORIZON HOME
LOAN CORPORATION

By its attorney,

/s/John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
Thomas M. Hefferon (BBO # 548289)
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

DONNA GILMOR

By her attorney,

Christopher M. Lefebvre (R.I. Bar #4019)
LAW OFFICES OF
CLAUDE LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

Dated: August 31, 2006

LIBA/1726743.1