**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FIRST HORIZON HOME<br>LOAN CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>DONNA GILMOR,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-113S |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL CALENDER CALL**

Now comes the Defendant in the above entitled matter and requests that the Court temporarily remove this case from the trial calender call scheduled for December 19, 2006. In support of said request, the understates that his client is still recovering from a recent dog mauling incident. The Defendant was severely bitten by a dog while walking the beach in Warwick. This incident has resulted in a 5 day hospitalization and extensive physical therapy. Her recovery is taking much longer than anticipated due to neurological complications. The Defendant is a nurse and remains hopefully optimistic that she will be well enough to return to work sometime in February of 2007. At the present time the Defendant is taking new medications which affect her abilities to withstand trial. The Plaintiff does not oppose this request.

**WHEREFORE,** Defendant prays that her motion be granted and that the matter be rescheduled to the trial calender call for sometime in February 2007 or anytime thereafter convenient to the Court.

Respectfully submitted,

/s/Christopher M. Lefebvre, # 4019
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Lefeblaw@aol.com

**CERTIFICATION**

I hereby certify that on December 8, 2006, I electronically filed a Defendant's Unopposed Motion to Continue Trial Calender Call with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: John B. Daukas; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document to the following non CM/ECF participants: Gwyn Williams and Michael Strapp, at GOODWIN PROCTER LLP, Exchange Place, Boston, MA 02109.

/s/Christopher M. Lefebvre