**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FIRST HORIZON HOME LOAN CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 06-113S** |
| **v.** | ) | |
| | ) | |
| **DONNA M. GILMOR,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Donna M. Gilmor respectfully requests that the Court grant her summary judgment on the issue of whether First Horizon Home Loan Corporation's ("First Horizon") Notice of Right to Cancel violated TILA. In support of this motion, Defendant submits the accompanying memorandum of law and statement of material facts ("SMF"), and states:

1. Plaintiff has alleged that Defendant may not exercise her right to rescind a mortgage refinancing under the federal Truth in Lending Act ("TILA"), which provides a right to consumers to rescind such loan transactions for three days after it takes place, or for an extended, three-year period if improper notices are given. See 15 U.S.C. § 1635(a).
2. First Horizon attached to its Complaint for Declaratory Relief the "Notice of Right to Cancel" delivered to Defendant at her closing. The content and receipt of this critical document is not disputed by the parties.
3. The "Notice of Right to Cancel" which First Horizon furnished to Defendant is per se defective under existing case law as it included two options for the right to cancel and failed to identify which of these options actually applied to her transaction.
4. First Horizon's failure to give Defendant a properly completed "Notice of Right to Cancel"entitles her to an automatic, extended, three-year right to cancel, which she properly and timely exercised on February 22, 2006.

**WHEREFORE**, Defendant respectfully requests that the Court grant her summary judgment, finding that First Horizon's Notice of Right to Cancel failed to comply with the TILA and that Defendant was entitled to exercise her extended right to rescind under the TILA, and that the Court hold a hearing on the issue of damages and attorneys fees after the issue of liability is adjudicated

Respectfully submitted,

/s/Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
R.I. Bar No. 4019

**CERTIFICATION**

I, the undersigned, hereby certify that a true and accurate copy of the within Motion for Summary Judgment will be received by Plaintiff's counsel of record, John B. Daukas, Esq. via the Court's CMECF Electronic filing system on February 28, 2007.

/s/Christopher M. Lefebvre