**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FIRST HORIZON HOME LOAN CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 06-113S** |
| **v.** | ) | |
| | ) | |
| **DONNA M. GILMOR,** | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S EXPEDITED MOTION TO REMOVE THE MATTER FROM THE MARCH TRIAL CALENDAR

Defendant Donna M. Gilmor respectfully requests that this Court remove this matter from the March 2007 trial calendar. In support of said request, the Defendant states that she has just filed a Motion for Summary Judgment which should resolve the purely legal issue presently pending before the Court. Over the past two months, the parties have attempted to settle this matter but to no avail. Since the filing of this law suit, the First Circuit has opined that the standard for determining compliance regarding the validity of Truth In Lending Disclosures is an objective rather than subjective analysis. Palmer v. Champion Mortgage, --F.3d--,2006 WL 2789231 (1st Cir. September 29, 2006). Accordingly, this matter could easily be resolved via summary judgment especially when there are no issues of disputed material facts.

**WHEREFORE**, Defendant respectfully requests that the Court grant her Motion and remove this matter from the trial calendar.

Respectfully submitted,

/s/Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
R.I. Bar No. 4019

**CERTIFICATION**

I, the undersigned, hereby certify that a true and accurate copy of the within Expedited Motion to Remove the Matter from the March Trial Calendar will be received by Plaintiff's counsel of record, John B. Daukas, Esq. via the Court's CMECF Electronic filing system on February 28, 2007.

/s/Christopher M. Lefebvre