**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| FIRST HORIZON HOME LOAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DONNA GILMOR,<br><br>Defendant. | Civil Action No. 06-113 (S) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO REMOVE THE MATTER FROM THE TRIAL CALENDAR**

Defendant Donna M. Gilmor has requested that the Court remove this matter from the March trial calendar, as she has filed a motion for summary judgment. Plaintiff First Horizon Home Loan Corporation agrees with Defendant's request, and suggest further that this matter also be removed from the April trial calendar insofar as it is only a temporary removal from the trial calendar pending resolution of any dispositive motions filed with the Court. While dispositive motions may resolve certain issues pending before the Court, Plaintiff does not agree with Defendant that resolution of such motions will necessarily obviate the need for a trial. Accordingly, Plaintiff seeks only that this matter be temporarily, not permanently, removed from the trial calendar.

Respectfully Submitted,

FIRST HORIZON HOME
LOAN CORPORATION

By its attorneys,

/s/ John B. Daukas___________
John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
Thomas M. Hefferon (BBO # 548289)
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: March 2, 2007

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 2, 2007. The foregoing document will be available for viewing and downloading from the ECF system.

/s/ John B. Daukas___________
John B. Daukas (R.I. Bar # 5437)

LIBA/1768744.2