**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| FIRST HORIZON HOME LOAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DONNA M. GILMOR,<br><br>Defendant. | Civil Action No. 06-113S |

**MOTION FOR EXTENSION OF TIME**

Plaintiff First Horizon Home Loan Corporation moves this Court for an additional thirty (30) days to respond to Defendant Donna M. Gilmor's Motion for Summary Judgment. As grounds for this motion, Plaintiff states that the parties are close to resolving this case through settlement, but that Plaintiff has not been able to finalize certain details of the settlement because of an inability to reach Defendant during the past few days. Plaintiff further states that the relief sought herein will serve the interests of justice and the efficient management of this case, in that it will provide the parties with adequate time to reach a mutually-agreeable settlement and enter a stipulation of dismissal of this case.

WHEREFORE, Plaintiff respectfully requests that this Court provide Plaintiff with an additional thirty (30) days to respond to Defendant Donna M. Gilmor's Motion for Summary Judgment.

Respectfully Submitted,

FIRST HORIZON HOME
LOAN CORPORATION

By its attorneys,

/s/ John B. Daukas____________
John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
Thomas M. Hefferon (BBO # 548289)
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

March 16, 2007

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 16, 2007. The foregoing document will be available for viewing and downloading from the ECF system.

/s/ John B. Daukas___________
John B. Daukas (R.I. Bar # 5437)