**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| FIRST HORIZON HOME LOAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DONNA M. GILMOR,<br><br>Defendant. | Civil Action No. 06-113S |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff First Horizon Home Loan Corporation and Defendant Donna M. Gilmor, being all of the named parties to the above-captioned action, hereby stipulate and agree to the dismissal of Plaintiff's claims against Defendant and Defendant's counterclaims against Plaintiff with prejudice, and with each party waiving its right to appeal and bearing its own costs.

Respectfully Submitted,

FIRST HORIZON HOME
LOAN CORPORATION

By its attorneys,

John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
Thomas M. Hefferon (BBO # 548289)
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

DONNA M. GILMOR

By her attorney,

4/24/07

Christopher M. Lefebvre (R.I. Bar #4019)
LAW OFFICES OF
CLAUDE LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

Dated: May 10, 2007

LIBA/1782372.1

4/24/07